TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-96-00078-CV

Selina Mirza, Appellant

v.

Franklin Federal Bancorp, a Federal Savings Bank, Appellee

FROM THE COUNTY COURT AT LAW OF CALDWELL COUNTY

NO. 3316, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING 

PER CURIAM

 Franklin Federal Bancorp, a Federal Savings Bank and Selina S. Mirza have entered into
an agreement to settle the subject of this appeal. Accordingly, the parties have filed a joint motion to
dismiss the appeal in this cause. The motion is granted. Tex. R. App. P. 59(a)(1)(A).

 The appeal in this cause is hereby dismissed.

Before Justices Powers, Jones and Kidd

Appeal Dismissed on Joint Motion

Filed: July 3, 1997

Do Not Publish